IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FABIAN LOPEZ,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 13-2954** |
| | : | |
| **MICHAEL WENEROWICZ, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 8th day of October, 2013, no objections to the Report and Recommendation having been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of the Honorable Linda K. Caracappa, United States Magistrate Judge, is **APPROVED and ADOPTED**;

2. The Petition is **STAYED and held in ABEYANCE** until the conclusion of Petitioner's state court proceedings;

3. Petitioner shall notify this court within forty-five (45) days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within forty-five (45) days following the conclusion of state proceedings, this stay and abeyance Order is **VACATED** and the Petition is **DISMISSED** without prejudice.

4. No certificate of appealability shall issue;

5. The Clerk shall mark this case **CLOSED** for statistical purposes.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.